Randall DUNKIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 45218.

Missouri Court of Appeals,
Western District.

June 9, 1992.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Robin H. Grissom, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).